CORRESPONDENCE

**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-409
HONOLULU, HAWAII 96850-0409

SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

TELEPHONE
(808) 541-1720
FACSIMILE
(808) 541-1724

March 19, 2008

Mr. Chris A. Thomas
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd., Ste. 6100
Honolulu, HI 96850

Mr. Jonathan Skedeleski
U.S. Probation Office
PJKK Federal Building
300 Ala Moana Blvd., Ste. C-110
Honolulu, HI 96850

**Re: United States of America v. Mark Cherry; Cr. No. 00-00487 SOM**

Dear Mr. Thomas and Mr. Skedeleski:

I am enclosing a letter (along with the enclosures) from Mark Cherry dated March 17, 2008, in which he asks that his supervised release be reduced from four to two years. I would appreciate your input regarding this matter by **Tuesday, April 1, 2008**.

Thank you very much.

Very truly yours,

Susan Oki Mollway
United States District Judge

Enclosures

cc: Mark b. Cherry w/o encl.