

CORRESPONDENCE

# U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

*PJKK Federal Building*           (808) 541-2850
*300 Ala Moana Blvd., Room 6-100*  FAX (808) 541-2958
*Honolulu, Hawaii 96850*

March 20, 2008

The Honorable Susan Oki Mollway
United States District Judge
District of Hawaii
300 Ala Moana Boulevard, Room C-409
Honolulu, Hawaii 96850-0409

    Re:  United States of America v. Mark Cherry
    Cr. No. 00-00487 SOM

Dear Judge Mollway:

    I have read the letter from Mark Cherry dated March 17, 2008 (along with the enclosures), in which he requests that he supervised release be reduced from four to two years. I have also talked to Mr. Tim Jenkins, Supervising Officer for the U.S. Probation Office.

    The government has no objection to reducing Mr. Mark Cherry's supervised release term from four to two years. Please call me if you have any questions.

    Very truly yours,

    EDWARD H. KUBO, JR.
    United States Attorney
    District of Hawaii

By _____
    CHRIS A. THOMAS
    Assistant U.S. Attorney